

# IN THE
# TENTH COURT OF APPEALS

No. 10-09-00283-CR

**CHRISTOPHER ALAN ROBINSON,**

                                                                    **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                                    **Appellee**

From the 249th District Court
Johnson County, Texas
Trial Court No. F43658

## MEMORANDUM  OPINION

Appellant has filed a motion to dismiss his appeal.  *See* TEX. R. APP. P. 42.2(a).

We have not issued a decision in this appeal.  Appellant personally signed an attached

letter requesting dismissal.  Accordingly, the appeal is dismissed.

                                                            REX D. DAVIS
                                                            Justice

Before Chief Justice Gray,
        Justice Reyna, and
        Justice Davis

Dismissed
Opinion delivered and filed October 14, 2009
Do not publish
[CRPM]